# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143838

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re Parole of BRIAN LEE TODD.

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Appellee,

v

                                 SC:  143838
                                 COA:  299967
PAROLE BOARD,                 Lapeer CC:  97-005999-FC
      Appellant.

_____/

On order of the Court, the application for leave to appeal the August 25, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *In re Parole of Elias*, ___ Mich App ___ (2011) (COA Docket No. 300113, released November 1, 2011).

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012                                              _____
                                                       Clerk

y0123